1  STUART PLUNKETT (State Bar No. 187971)
   **ALSTON & BIRD LLP**
2  560 Mission Street, Suite 2100
   San Francisco, CA 94105
3  Telephone: 415-243-1000
   Facsimile: 415-243-1001
4  E-mail: stuart.plunkett@alston.com

5  RACHEL E. K. LOWE (State Bar No. 246361)
   LISA L. GARCIA (State Bar No. 301362)
6  SAMANTHA K. BURDICK (State Bar No. 329952)
   **ALSTON & BIRD LLP**
7  333 South Hope Street, 16th Floor
   Los Angeles, CA 90071-1410
8  Telephone: 213-576-1000
   Facsimile: 213-576-1100
9  E-mail: rachel.lowe@alston.com
            lisa.garcia@alston.com
10           sam.burdick@alston.com

11  Attorneys for Defendant
    WALMART INC.

12

                    **UNITED STATES DISTRICT COURT**
13
                    **NORTHERN DISTRICT OF CALIFORNIA**
14
                      **SAN FRANCISCO DIVISION**
15

16  NIKOLAS CHAPLIN, individually and on        Case No. 3:23-cv-00878-WHO
    behalf of all others similarly situated,
17                                              **DECLARATION OF ANIL KUMAR**
                  Plaintiff,                    **GARIKEPATI IN SUPPORT OF**
18                                              **DEFENDANT WALMART INC.'S NOTICE**
         v.                                     **OF MOTION AND MOTION TO COMPEL**
19                                              **ARBITRATION AND TO DISMISS OR STAY**
    WALMART INC.,                               **THIS ACTION PENDING COMPLETION OF**
20                                              **ARBITRATION**
                  Defendant.
21                                              Hon. William H. Orrick
                                                Date: May 24, 2023
22                                              Time: 2:00 p.m.
                                                Courtroom: 2
23
                                                Complaint Filed: January 9, 2023
24                                              [removed from state court on February 27, 2023]

25

26

27

28

─────────────────────────────────────────────────────────────────
DECLARATION OF ANIL KUMAR GARIKEPATI ISO WALMART INC.'S MOTION TO COMPEL ARBITRATION
3:23-cv-00878-WHO

1

## DECLARATION OF ANIL KUMAR GARIKEPATI

2      I, Anil Kumar Garikepati, declare as follows:

3      1.      I am employed as a Director of Engineering at Walmart Inc. I have worked

4  at Walmart since May 2012. My current job responsibilities involve, among other

5  things, leading the teams responsible for the cart and checkout process on Walmart.com

6  and the Walmart App. I am also familiar with the technology that manages Walmart

7  online customer profiles and purchases.  If called to testify regarding the facts set forth

8  in this declaration, I could and would testify competently thereto.

9      2.      To purchase an item through Walmart.com and the Walmart App, a

10  customer must generally complete a checkout process (hereinafter "Check Out Process")

11  to complete their purchase.

12      3.      During the first step of the Check Out Process, the customer is presented

13  with a list of the items the customer has in their shopping cart and an estimated total for

14  the order. To proceed with the order, the customer must click a "Check Out" button.

15      4.      After clicking "Check Out," the customer is taken through the next step of

16  the Check Out Process. The customer is presented with several information fields on

17  delivery or pickup options, payment method, and a summary of other order details,

18  including subtotal and any delivery charges, taxes, or fees.

19      5.      At the final stage of the Check Out Process, the customer is presented with

20  order details and the following sentence: "By placing this order, you agree to our Privacy

21  Policy and Terms of Use" (hereinafter "Acknowledgement Language"). The

22  Acknowledgement Language is located directly above the "Place order" button.

23      6.      The words "Privacy Policy" and "Terms of Use" within the

24  Acknowledgement Language are hyperlinks to Walmart's Privacy Policy and Walmart's

25  Terms of Use. If a customer clicks on the words "Privacy Policy" or "Terms of Use"—

26  which are underlined—the customer is taken to Walmart's Privacy Policy or Terms of

27  Use, respectively.

28

- 1 -

DECLARATION OF ANIL KUMAR GARIKEPATI ISO WALMART INC.'S MOTION TO COMPEL ARBITRATION
Case No. 3:23-cv-00878-WHO

7.      To complete the order, the customer must click a blue "Place order" button. The customer cannot complete the order without clicking the "Place order" button. Below is a screenshot of the "Place order" button and the Acknowledgement Language for a sample order:

By placing this order, you agree to our Privacy Policy and Terms of Use.

Place order $27.43

8.      Although Walmart.com and the Walmart App may be updated from time to time, the Check Out Process for Walmart.com and the Walmart App described in this declaration was in a substantially identical format from 2020 through 2022.

9.      I have also reviewed business records kept in the ordinary course of Walmart's business operations. Such records include those reflecting the creation of a Walmart online customer profile to make purchases through Walmart.com.

10.      Those records reflect that an individual named Nikolas Chaplin made purchases on the Walmart.com website on at least seven occasions between 2020 and 2022. These include purchases on the following dates: August 30, 2020; September 9, 2020; September 13, 2020; November 24, 2020; February 20, 2021; December 8, 2021; and July 13, 2022.

11.      Mr. Chaplin's customer profile from these purchases is associated with the following data: the email address nikchaplin87@gmail.com, and a billing address in Manteca, California.

12.      To purchase those items and consummate his transactions, Mr. Chaplin had to complete the standard Walmart.com Check-Out Process, including clicking the "Place

- 2 -

DECLARATION OF ANIL KUMAR GARIKEPATI ISO WALMART INC.'S MOTION TO COMPEL ARBITRATION
Case No. 3:23-cv-00878-WHO

1   order" button and manifesting his assent to Walmart's Terms of Use, as described in

2   paragraphs 2-8.

3        13.     Attached hereto as **Exhibit A** is a true and correct copy of the November

4   2019 Terms of Use that were active on Walmart.com on August 30, 2020, and

5   September 9, 2020.

6        14.     Attached hereto as **Exhibit B** is a true and correct copy of the September

7   2020 Terms of Use that were active on Walmart.com on September 13, 2020, and

8   November 24, 2020.

9        15.     Attached hereto as **Exhibit C** is a true and correct copy of the February

10  2021 Terms of Use that were active on Walmart.com on February 20, 2021.

11       16.     Attached hereto as **Exhibit D** is a true and correct copy of the June 2021

12  Terms of Use that were active on Walmart.com on December 8, 2021.

13       17.     Attached hereto as **Exhibit E** is a true and correct copy of the May 2022

14  Terms of Use that were active on Walmart.com on July 13, 2022.

15       18.     Attached hereto as **Exhibit F** is a true and correct copy of the November

16  2022 Terms of Use that were active on Walmart.com as of November 16, 2022.

17       19.     These Terms of Use, Exhibits A through F, were hyperlinked to the

18  Acknowledgement Language as I state in paragraph 6 above.

19

20       I declare under penalty of perjury under the laws of the United States of America

21  that the foregoing is true and correct.

22       Executed this 27th day of March 2023, at Fremont, CA.

23

24                        By: _Anil kumar Garikepati_
                              ANIL KUMAR GARIKEPATI

25

26

27

28
                              - 3 -

DECLARATION OF ANIL KUMAR GARIKEPATI ISO WALMART INC.'S MOTION TO COMPEL ARBITRATION
                                                    Case No. 3:23-cv-00878-WHO

**CERTIFICATE OF SERVICE**

I, A.J. Vasquez, certify and declare as follows:

1.      I am over the age of 18 and not a party to this action.

2.      My business address is Alston & Bird LLP, 333 S. Hope Street, 16th Floor, Los Angeles, California 90071, which is located in the city, county and state where the mailing described below took place.

3.      On March 27, 2023, I caused a copy of **DECLARATION OF ANIL KUMAR GARIKEPATI IN SUPPORT OF DEFENDANT WALMART INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND TO DISMISS OR STAY THIS ACTION PENDING COMPLETION OF ARBITRATION** to be served upon the following counsel via the Court's CM/ECF system:

> Michael R. Crosner, Esq.
> Zachary M. Crosner, Esq.
> Chad A. Saunders, Esq.
> Craig W. Straub, Esq.
> CROSNER LEGAL P.C.
> 9440 Santa Monica Blvd., Suite 301
> Beverly Hills, CA 90210
> **Attorneys for Plaintiff**
> **NIKOLAS CHAPLIN**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on the 27th day of March, 2023 at Los Angeles, California.

> /s/ A.J. Vasquez
> A.J. Vasquez

- 4 -

DECLARATION OF ANIL KUMAR GARIKEPATI ISO WALMART INC.'S MOTION TO COMPEL ARBITRATION
Case No. 3:23-cv-00878-WHO