UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKOLAS CHAPLIN,<br><br>    Plaintiff,<br><br>        v.<br><br>WALMART, INC.,<br><br>    Defendant. | Case No. 3:23-cv-00878-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 31 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed. The individual claims are dismissed with prejudice and the class claims are dismissed without prejudice. The Clerk shall close the case.

Dated: October 24, 2023

_____

WILLIAM H. ORRICK
United States District Judge